FILED: January 29, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1988
(3:09-cv-00465-MOC-DCK)
(3:09-cv-00546-MOC-DCK)
(3:07-bk-31532)

_____

STANLEY MARVIN CAMPBELL, Trustee in Bankruptcy for ESA Environmental Specialist, Inc.,

 Plaintiff,

and

PROSPECT CAPITAL CORPORATION,

 Plaintiff – Appellant,

 v.

HOULIHAN SMITH & COMPANY, INC.,

 Defendant – Appellee,

and

NATHAN M. BENDER; ADKISSON, SHERBERT & ASSOCIATES; CHARLES J. COLE; JACOB COLE; SANDRA DEE COLE; DAVID C. EPPLING; MICHAEL ANTHONY HABOWSKI; TRACEY HAWLEY; JOHN M. MITCHELL; DENNIS M. MOLESEVICH; HOULIHAN SMITH; SHELTON SMITH; SUNTRUST BANKS, INC.; CHERRY BEKAERT AND HOLLAND

LLP; ELLIOT & WARREN; CHESTER J. BANULL,

    Defendants.

_____

O R D E R

_____

Upon consideration of submissions relative to appellee's motion to deny appellant's request to supplement the record by attaching exhibits to its supplemental notice of appeal, the court grants the motion.  The court denies the request to supplement the record.

The appellant is directed to file a corrected joint appendix and opening brief, which do not include reference to the supplemental notice of appeal and attached exhibits, both electronically and in paper form, on or before February 12, 2015.

           For the Court--By Direction

           <u>/s/ Patricia S. Connor, Clerk</u>