## Case No. 14-1988

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| PROSPECT CAPITAL CORPORATION, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| HOULIHAN SMITH & CO., INC., | ) |
| | ) |
| Defendant-Appellee. | ) |

## HOULIHAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS APPELLATE BRIEF

Appellee, Houlihan Smith & Co., Inc. ("*Houlihan*"), respectfully requests a 30-day extension of time, to April 13, 2015, to file its appellate brief and in support states:

This is Houlihan's second request for an extension of time. Houlihan's counsel has communicated with Appellant's counsel, Adam Burton, who has no objection to this motion.

Appellant filed its opening brief on January 9, 2015 and, per this Court's January 29, 2015 order, filed a Corrected Brief on February 12, 2015. Houlihan's brief is currently due March 13, 2015.

DM1\5427454.1

Despite his best efforts, Houlihan's counsel will not be able to meet the appointed deadline due to commitments in other matters. These include, but are not limited to, meeting the March 30, 2015 deadline for close of discovery in *Northcross v. Stein*, 12 L 9339, pending in the Circuit Court of Cook County, Illinois, including research for and preparation of briefs in response to motions to dismiss, and preparation for and attendance at approximately a dozen depositions. Several of these depositions are scheduled to take place in London, which will require extra time due to international travel.

Houlihan's counsel believes he will be in a position to file Houlihan's brief on April 13, 2015 and respectfully requests that he be allowed to do so.

Appellant will not be prejudiced if this motion is granted, as Appellant's counsel has been aware of Houlihan's conflict since November 2014, and Prospect was granted two extensions to file its opening brief.

This motion is not interposed or made without regard for the Court's deadlines, or the Court's or counsel's time, or to unnecessarily delay this matter, but rather is sought to ensure that Houlihan presents a thorough and professional brief to assist the Court in adjudicating this matter.

Good cause exists for granting an extension of time.

WHEREFORE, Appellee, Houlihan Smith & Co., Inc., respectfully requests that it be allowed to file its appellate brief on April 13, 2015, and in support submits the affidavit of its counsel attached as **Exhibit A**.

> Respectfully submitted,
>
> **HOULIHAN SMITH & CO., INC.**
>
> By:   /s/ *Richard P. Darke*
>          Its attorney

Richard P. Darke
Duane Morris LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603
(312) 499-6743
(312) 499-6701 (fax)
rpdarke@duanemorris.com

## CERTIFICATE OF SERVICE

I certify that on March 2, 2015, I caused the foregoing document to be electronically filed with the Clerk of the United States Court of Appeals for the Fourth Circuit, using the Court's CM/ECF system, which will send electronic notification of the filing to those parties who have appeared and are registered as CM/ECF participants in this matter.  Parties may access this filing through the Court's CM/ECF system.


/s/  Richard P. Darke